# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PATRICIA WELCH et al., <br><br> Plaintiffs, <br> v. <br><br> CATHOLIC SERVICES OF WESTERN WASHINGTON, <br><br> Defendant. | CASE NO. 3:23-cv-05955-DGE <br><br> ORDER TO SHOW CAUSE |

On January 29, 2024, the Court granted Plaintiffs' request to reset the initial case deadlines and extended the deadline for the parties' joint status report to March 11, 2024. The parties failed to file a joint status report by this deadline. Accordingly, Plaintiffs are ORDERED to show cause within 10 days as to why this case should not be dismissed for failure to prosecute and failure to file the joint status report. In the alternative, Plaintiffs SHALL work with defense counsel to file the parties' joint status report within 10 days. The Court emphasizes that all parties are required to cooperate in preparing the joint status report.[1]

Dated this 14th day of March 2024.



David G. Estudillo
United States District Judge

---

[1] The Court understands Plaintiffs recently filed a motion for default judgment. (Dkt. No. 28.) Notwithstanding, Plaintiffs are still ordered to show cause pursuant to this order.

ORDER TO SHOW CAUSE - 1